Philip Emerson, OSB #902562
Bryant, Emerson & Fitch, LLP
PO Box 457
Redmond OR 97756
T: 541-548-2151
F: 541-548-1895
Email: phil@redmond-lawyers.com

FILED '11 FEB 11 11:28 USDC-ORE

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

DEBRA DELEONE,

        Plaintiff,

     v.

OREGON MAINLINE PAVING, LLC and
CERTIFIED PERSONNEL SERVICE
AGENCY, INC.,

_____Defendants._____

**Case No. 6:09-cv-06189-TC**

**PLAINTIFF'S MOTION AND ORDER
OF DISMISSAL**

Plaintiff moves the court for an order of dismissal, pursuant to FRCP 41, of the above

matter against defendant, Oregon Mainline Paving, LLC, only.  Dismissal as to defendant,

Oregon Mainline Paving, LLC is with prejudice and without costs or attorney fees.

Dated this ___10___ day of February, 2011.

        BRYANT, EMERSON & FITCH, LLP

        _____

        PHILIP EMERSON, OSB #902562
        Of Attorneys for Plaintiff

Page 1   Plaintiff's Motion and Order of Dismissal

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss as to defendant Oregon

Mainline Paving, LLC only with prejudice, without costs and attorney fees:

_____✔_____ Allowed

_____ Denied

Dated this _____ day of February, 2011.

_____
DISTRICT COURT JUDGE

Prepared and Submitted by:
Philip Emerson, OSB #902562
Bryant, Emerson & Fitch, LLP
PO Box 457
Redmond OR 97756
Tel: 541-548-2151
Fax: 541-548-1895
phil@redmond-lawyers.com

Page 2   Plaintiff's Motion and Order of Dismissal